# CULLENBERG & TENSEN, PLLC

(A Professional Limited Liability Company)
Attorneys at Law
199 Heater Road, Suite 2
Lebanon, New Hampshire 03766-1440

*Arend R. Tensen, Esq*.      Phone  (603) 448-7100     **Admitted:**
                          Fax     (603) 448-9559     *NH, VT, NY

*David P. Cullenberg, Esq.*
*Of Counsel*

September 15, 2017

Chief Judge, Joseph N. Laplante
United States District Court
District of New Hampshire
(Submitted Via ECF)

**Re:**     Thomas Jackson Miller v. The Sunapee Difference LLC
         Docket: 1-16-cv-00143-JL

Dear Judge Laplante:

Plaintiff, Thomas Jackson Miller ("Plaintiff"), hereby respectfully submits supplemental authority for the Court's consideration regarding the pending motions in this matter. On September 13, 2017, the Hillsborough Superior Court, Southern District issued a Decision and Order in *Jean Elizabeth Perry, et al v. SNH Development, Inc.,* Docket No. 2015-CV-00678 (Sept. 13, 2017) (Temple, J.). A copy of the decision is annexed hereto as Exhibit A. A copy of the decision was emailed to the attorneys in the action on September 14, 2017 and Plaintiff has acted with due diligence to bring it to the Court's attention.

We appreciate the Court's consideration of this supplemental authority and stand ready to address any further issues at the Court's direction.

Respectfully,

/s/ Arend R. Tensen, Esq.

Arend R. Tensen, Esq.

cc:     Thomas B.S. Quarles, Jr., Esq.
        Brendan P. Mitchell, Esq.
        (Via ECF)