UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THOMAS JACKSON MILLER, ) | |
| Plaintiff ) | |
| ) | Civil Action No. 1:16-cv-143-JL |
| v. ) | |
| ) | |
| THE SUNAPEE DIFFERENCE, LLC ) | |
| d/b/a MOUNT SUNAPEE RESORT, ) | |
| Defendant ) | |

**DEFENDANT'S RESPONSE TO SUBMISSION OF SUPPLEMENTAL AUTHORITY**

Defendant, The Sunapee Difference, LLC d/b/a Mount Sunapee Resort ("Mount Sunapee"), by and through its attorneys, Devine, Millimet & Branch, P.A., respectfully submits this response to plaintiff's submission of supplemental authority (Doc. Nos. 43 and 43-1). Mount Sunapee has reviewed the order in *Jean Elizabeth Perry, et al. v. SNH Development, Inc.*, Hillsborough County (Southern District), Docket No. 2015-CV-00678 (Sept. 14, 2017) (Temple, J.) (the "Hillsborough Order") that plaintiff has submitted, and contends it is inapplicable to the present matter. To the extent the Court feels otherwise, Mount Sunapee requests the opportunity to address the Hillsborough Order in a brief pleading.

                                  Respectfully submitted,

                                  THE SUNAPEE DIFFERENCE, LLC d/b/a
                                  MOUNT SUNAPEE RESORT
                                  By Their Attorneys,
                                  DEVINE, MILLIMET & BRANCH, P.A.

Dated: September 15, 2017        By:   /s/ Brendan P. Mitchell
                                  Thomas Quarles, Jr., Esq. (NH Bar #2077)
                                  tquarles@devinemillimet.com
                                  Brendan P. Mitchell, Esq. (NH Bar #19652)
                                  bmitchell@devinemillimet.com
                                  111 Amherst Street
                                  Manchester, NH  03101
                                  (603) 669-1000

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document has been forwarded this date via the Court's ECF system to Arend R. Tensen, Esq., opposing counsel.

Dated:  September 15, 2017                      /s/ Brendan P. Mitchell
                                                                         Brendan P. Mitchell, Esq.

\\MHT-WORLDOX\MHT$\WDOX\DOCS\CLIENTS\022014\105717\M3640427.DOCX