# **<u>EXHIBIT E</u>**



**STATE OF NEW HAMPSHIRE DEPARTMENT OF SAFETY**

John J. Barthelmes, Commissioner

*Division of Fire Safety*
**Office of the State Fire Marshal**
J. William Degnan, State Fire Marshal

Office: 110 Smokey Bear Blvd., Concord, NH
Mailing Address: 33 Hazen Drive, Concord, NH 03305
PHONE 603-223-4289, FAX 603-223-4294 or 603-223-4295
TDD Access: (7-1-1)  ARSON HOTLINE 1-800-400-3526

Arend Tensen Esq.  
Cullenberg & Tensen PLLC  
Attorneys at Lay  
199 Heater Rd Suite 2  
Lebanon NH 03766-1440

November 15, 2017

RE: Civil Action No.: 1:16-cv-143-JL; The Sunapee Difference, LLC d/b/a Mount Sunapee

Dear Mr. Tensen:

This letter is in response to your request for information and documents pursuant to New Hampshire's Right-To-Know Law, RSA Chapter 91-A. The information provided is in answer to your requests.

    1. Copies or documents or records relating to or concerning Ski Area Operators in the State of New Hampshire guilty of a misdemeanor pursuant to RSA Chapter 225-A:26 penalty. This specifically relates to operating a tramway without it first being registered. We have no record of any ski area operator guilty of this.

    2. Copies of any documents or records relating to or concerning enforcement pursuant to RSA Chapter 225-A:26 penalty for Mount Sunapee Resort. There is no record for enforcement of RSA 225-A:26 for Mount Sunapee.

The Tramway Board is specifically instructed to not have any authority to regulate RSA 225-A:23 as these considerations are not tramway related. Please see Section 225-A:3-a **Passenger Tramway Safety Board** and also RSA 225-A:24 **Responsibilities of Skiers and Passengers**. The scope of the Tramway Board is limited to tramway use.

Should you have further questions please feel free to contact Briggs Lockwood at Wbriggs.lockwood@dos.nh.gov, or on his cell phone at 603-630-4553, or through the office at here at the Division of Fire Safety.

Sincerely,

Michelle L. Thibeault  
Supervisor II

cc: Chief Tramway & Amusement Ride Safety Inspector Briggs Lockwood



*Sprinklers Save Lives*      Fire is **Everyone's** Fight      *Check Your Smoke Alarms*